PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Christopher Coelho     Cr.: 15-00614-001
                                                                                                                   PACTS #: 1516381

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/13/2016

Original Offense:    Count One: Conspiracy to Distribute Controlled Substance, 21 U.S.C. Section 846

Original Sentence: 120 months imprisonment, 5 years' supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment, No New Debt/Credit, Alcohol Restrictions, Gang Restriction Court Ordered, Place Restriction Area, Other Condition

Type of Supervision: Supervised Release                  Date Supervision Commenced: 12/27/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to the Dominican Republic from June 10, 2023, through June 16, 2023. He will be traveling with his fiancé, Rubyka Rodriguez.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Coelho reports as instructed and a urinalysis taken yielded negative results. Christopher Coelho has maintained stable residence and is employed with UPS. He has satisfied his special assessment and an appointment for a mental health assessment is scheduled for April 24, 2023. As such, he is in full compliance with the conditions of supervised release.

                                                    Respectfully submitted,

                                                    SUSAN M. SMALLEY, Chief
                                                    U.S. Probation Officer

                                                    *Erika Arnone/SGM*

                                                    By:    ERIKA M. ARNONE
                                                                 U.S. Probation Officer

/ ema

APPROVED:

Prob 12A – page 2
Christopher Coelho

_[signature]_  03/22/2023
SUZANNE GOLDA-MARTINEZ  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Travel Approved (as recommended by the Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_[signature]_
Signature of Judicial Officer

3/22/23
Date